UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. JANE A. RESTANI

| | |
|---|---|
| CONTINENTAL AUTOMOTIVE SYSTEMS, INC.,<br><br>                       Plaintiff,<br><br>    -against-<br><br>UNITED STATES,<br><br>                       Defendant. | Court No. 1:19-cv-00070-JAR<br>and attached schedule of cases<br><br>Issue Joined Calendar |

### STIPULATION OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action and those actions listed on the attached schedule hereby dismisses this action and those listed on the attached schedule.

By: _____
Anastasia P. Cordova, Esq.
McGuireWoods LLP
1251 Avenue of the Americas, 20th Fl.
New York, NY, 10020-1104
(212) 548-7016
(212) 548-2150 (fax)
acordova@mcguirewoods.com
*Attorney for Plaintiff*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. McCARTHY
Director

_____ 11/2/2022
JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

BRANDON KENNEDY
Digitally signed by BRANDON KENNEDY
Date: 2022.11.02 15:19:53 -04'00'

BRANDON A. KENNEDY
Trial Attorney
Department of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza – Suite 346
New York, New York 10278
Tel. (212) 264-9237
*Attorneys for Defendant*

Dated: November 2, 2022

*Stipulation of Dismissal;*
*Continental Automotive Systems, Inc. v. United States, Court No. 19-00070 (cont'd)*

### SCHEDULE OF CASES

1:17-cv-00106-JAR
1:17-cv-00263-JAR
1:18-cv-00096-JAR
1:18-cv-00237-JAR

### ORDER OF DISMISSAL

This action and those listed on the schedule set forth above, having been voluntarily stipulated for dismissal by all parties having appeared in the action, are dismissed.

Dated: November 3, 2022

Clerk, U. S. Court of International Trade

By: /S/   Geoffrey Goell
      Deputy Clerk